73,202-03

This Letter is in Regards to a letter I wrote to you Concerning the verification Issues In my case, (11.07) that was dissmissed on or about June the 24th of 2015, Letter was wrote on 9th. of July, I'm am encloseing a self addressed and stamped envelope To ensure a Quick Responce, with Respect

William Gibson
# 1496106

6:11-CV-00273

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 20 2015

Abel Acosta, Clerk